# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Oliver Acevedo
v.
William Henderson, Postmaster General

CASE NUMBER: 97-1560 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 8.23.99  **Docket #** 41<br>[ ] **Plffs**  [x] **Defts**<br>**Title:** Motion requesting amendment nunc pro tunc | Denied. At the pretrial and settlement conference held in this case, the Court announced that judgment would be entered in favor of Plaintiff in the amount of $5,000.00. At the time, Defendant made no objection or request for special terms in the judgment. Accordingly, the requested amendments are denied. |

Date 9/21/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


